# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Danielle Harton                                            CHAPTER 13

                           Debtor(s)

BKY. NO. 20-10570 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ Brian C. Nicholas
                                           Brian Nicholas
                                           30 Sep 2020, 08:58:37, EDT

                                           Brian C. Nicholas, Esquire
                                           Attorney I.D. No. 317240
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           412-430-3594
                                           bkgroup@kmllawgroup.com