IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-10570-JCM |
| Danielle Harton | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Danielle Harton | ) | |
| | ) | |
| Respondent(s) | ) | |

<u>NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall

separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted

by default without a hearing.  If a written response is timely filed, **an in-person**

**hearing** will be held on **October 17, 2023 at 1:30 p.m. before Judge John C.**

**Melaragno** in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row,

Erie, PA  16501.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss

should file a written response on or before **October 3, 2023.**


<u>9/13/23</u>                         <u>/s/ Ronda J. Winnecour</u>
Date                              Ronda J. Winnecour (PA I.D. #30399)
                                  Attorney and Chapter 13 Trustee
                                  U.S. Steel Tower – Suite 3250
                                  600 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 471-5566
                                  cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-10570-JCM |
| Danielle Harton | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Danielle Harton | ) | |
| | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE OF FILING NOTICE OF HEARING ON
TRUSTEE'S MOTION TO DISMISS**

TO CLERK, UNITED STATES BANKRUPTCY COURT:

    I hereby certify that a copy of the Notice of Hearing on Trustee's Motion to Dismiss was served on each and every creditor identified on the attached mailing matrix.

9/13/2023
Date

/s/Rosa M. Richard
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DANIELLE HARTON          20-10570JCM

PA STATE EMPLOYEES CU/PSECU
POB 67013
HARRISBURG, PA  17106-7013

PNC BANK NA
PO BOX 94982
CLEVELAND, OH  44101

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

TD BANK USA NA**
C/O WEINSTEIN & RILEY PS
PO BOX 3978
SEATTLE, WA  98124

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

FOSTER LAW OFFICES**
ATTN DAN FOSTER ESQ
1210 PARK AVE
MEADVILLE, PA  16335

SYNCHRONY BANK
C/O PRA RECEIVABLES
MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA  23541

UPMC HEALTH SERVICES
C/O DCM SERVICES/BANKRUPTCY
PO BOX 1123
MINNEAPOLIS, MN  55440

DEPARTMENT OF
EDUCATION/NAVIENT
PO BOX 9635
WILKES BARRE, PA  18773

CITIBANK NA**
6716 GRADE LN BLDG 9 STE
910-PY DEPT
LOUISVILLE, KY  40213-3439

MIDLAND CREDIT MANAGEMENT
INC
PO BOX 2037
WARREN, MI  48090

DANIELLE HARTON
1028 WEST 3RD STREET
OIL CITY, PA  16301

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-10570-JCM
Danielle Harton                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: auto                                Page 1 of 2
Date Rcvd: Sep 14, 2023                     Form ID: pdf900                           Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Harton, 1028 West 3rd Street, Oil City, PA 16301-3130 |
| 15281471 | + | First Niagara Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15281476 | + | PSECU, P.O. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 14 2023 23:32:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281465 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 14 2023 23:20:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281466 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 14 2023 23:20:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2023 23:33:14 | Citibank NA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15295021 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2023 23:33:07 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15281469 | | Email/Text: mrdiscen@discover.com | Sep 14 2023 23:20:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15281468 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 14 2023 23:32:32 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15281470 | + | Email/Text: SAABankruptcy@fcbanking.com | Sep 14 2023 23:20:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15281472 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 14 2023 23:33:11 | JP Morgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 15281473 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2023 23:20:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15290187 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2023 23:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15281474 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2023 23:20:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15298318 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2023 23:20:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15281475 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2023 23:20:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15295990 | + | Email/Text: bankruptcynotices@psecu.com | Sep 14 2023 23:20:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15281477 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 23:32:34 | Synchrony Bank, P.O. Box 965036, Orlando, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5036 |
| 15281479 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 14 2023 23:33:06 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 15281872 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 14 2023 23:31:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Sep 14 2023 23:33:13 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15299119 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 14 2023 23:20:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15281481 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Sep 14 2023 23:20:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15295293 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Sep 14 2023 23:20:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15281478 | *+ | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Danielle Harton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4