**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 20-10570-JCM |
| | : | |
| Danielle Harton, | : | CHAPTER 13 |
|    Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Danielle Harton, | : | |
|    Movant, | : | RELATED TO DOCKET NO.: 44 |
| | : | |
| vs. | : | |
| | : | |
| Allied Dental Group LTD, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|    Chapter 13 Trustee. | : | |
|    Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>October 11, 2023</u>    By: /s/ Kristen N. Dennis
    Kristen N. Dennis, PARALEGAL
    FOSTER LAW OFFICES
    1210 Park Avenue
    Meadville, PA 16335
    Tel 814.724.1165
    Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**ALLIED DENTAL GROUP LTD**
**234 SOUTH MAIN STREET**
**SLIPPERY ROCK, PA 16057**