IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Danielle Harton<br><br>        Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>        Movant(s)<br>        vs.<br>Danielle Harton<br><br>        Respondent(s) | Case No. 20-10570-JCM<br><br>Chapter 13<br><br>Related to:  Document No. 36 |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on September 13, 2023 (document #36) is hereby WITHDRAWN.  The hearing scheduled for October 17, 2023 is cancelled.

Respectfully submitted,

10/6/2023

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED.

Dated:  October 10, 2023

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
10/10/23 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10570-JCM |
| Danielle Harton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Harton, 1028 West 3rd Street, Oil City, PA 16301-3130 |
| 15281471 | + | First Niagara Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15281476 | + | PSECU, P.O. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 11 2023 04:42:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281465 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 11 2023 04:32:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281466 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 11 2023 04:32:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:42:59 | Citibank NA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15295021 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 11 2023 04:53:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15281469 | | Email/Text: mrdiscen@discover.com | Oct 11 2023 04:32:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15281468 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 11 2023 04:42:45 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15281470 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 11 2023 04:32:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15281472 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 11 2023 04:43:02 | JP Morgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 15281473 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15290187 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15281474 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2023 04:32:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15298318 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2023 04:32:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15281475 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 11 2023 04:32:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15295990 | + | Email/Text: bankruptcynotices@psecu.com | Oct 11 2023 04:33:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15281477 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:38 | Synchrony Bank, P.O. Box 965036, Orlando, FL |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5036 |
| 15281479 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:54 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 15281872 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:23 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15299119 | + | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15281481 | + | Email/Text: bncmail@w-legal.com | Oct 11 2023 04:32:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15295293 | | Email/Text: BNCnotices@dcmservices.com | Oct 11 2023 04:32:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15281478 | *+ | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Danielle Harton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4