Certificate Number: 03088-PAW-DE-037904522

Bankruptcy Case Number: 20-10570



03088-PAW-DE-037904522

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2023, at 9:55 o'clock AM CDT, Danielle N Harton completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 2, 2023             By:    /s/Susan D Gann

                                     Name:  Susan D Gann

                                     Title: Counselor