Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Danielle Harton** | : | Case No. 20−10570−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 52 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 1/23/24 at 03:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 28th of November, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 52 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before January 12, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **January 23, 2024 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-10570-JCM
Danielle Harton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2
Date Rcvd: Nov 28, 2023      Form ID: 300b      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Harton, 1028 West 3rd Street, Oil City, PA 16301-3130 |
| 15281471 | + | First Niagara Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15281476 | + | PSECU, P.O. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 00:49:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281465 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2023 00:36:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281466 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2023 00:36:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:48:22 | Citibank NA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15295021 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:48:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15281469 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15281468 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 29 2023 00:49:02 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15281470 | + | Email/Text: SAABankruptcy@fcbanking.com | Nov 29 2023 00:36:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15281472 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:48:59 | JP Morgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 15281473 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15290187 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15281474 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15298318 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15281475 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15295990 | + | Email/Text: bankruptcynotices@psecu.com | Nov 29 2023 00:38:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15281477 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:49:07 | Synchrony Bank, P.O. Box 965036, Orlando, FL |

Case 20-10570-JCM  Doc 54  Filed 11/30/23  Entered 12/01/23 00:32:06  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 300b | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 32896-5036 |
| 15281479 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:38 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 15281872 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:52 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15299119 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15281481 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:36:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15295293 | | Email/Text: BNCnotices@dcmservices.com | Nov 29 2023 00:36:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15281478 | *+ | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2023        Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Danielle Harton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4