**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DANIELLE HARTON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:20-10570 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/26/2020 and confirmed on 11/3/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,429.98 |
| Less Refunds to Debtor | 7,457.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,972.01 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 1,379.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,379.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 13,423.50 | 0.00 | 13,423.50 |
|     Acct: 6483 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6483 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 2,070.59 | 2,070.59 | 49.79 | 2,120.38 |
|     Acct: 7850 | | | | |
| | | | | 15,543.88 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIELLE HARTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLIED DENTAL GROUP** | 5,400.00 | 5,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLIED DENTAL GROUP** | 220.00 | 220.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLIED DENTAL GROUP | 530.00 | 530.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLIED DENTAL GROUP** | 990.00 | 990.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIELLE HARTON | 317.97 | 317.97 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   CITIBANK NA** | 1,735.88 | 161.14 | 0.00 | 161.14 |
|     Acct: 2861 | | | | |
|   DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1015 | | | | |
|   DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0917 | | | | |
|   DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1015 | | | | |
|   DEPARTMENT OF EDUCATION/NAVIENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0917 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 7,610.27 | 706.46 | 0.00 | 706.46 |
| Acct: 5654 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 9,913.87 | 920.30 | 0.00 | 920.30 |
| Acct: 7850 | | | | |
|   TD BANK USA NA** | 1,998.07 | 185.48 | 0.00 | 185.48 |
| Acct: 4493 | | | | |
|   UPMC HEALTH SERVICES | 816.00 | 75.75 | 0.00 | 75.75 |
| Acct: 7850 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5654 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,049.13 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 17,593.01 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED         2,070.59
UNSECURED      22,074.09

Date: 11/27/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIELLE HARTON

        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:20-10570

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10570-JCM |
| Danielle Harton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Harton, 1028 West 3rd Street, Oil City, PA 16301-3130 |
| 15281471 | + | First Niagara Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15281476 | + | PSECU, P.O. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 01:36:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281465 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2023 00:36:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281466 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 29 2023 00:36:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:49:00 | Citibank NA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15295021 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 01:36:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15281469 | | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:35:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15281468 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 29 2023 00:49:02 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15281470 | + | Email/Text: SAABankruptcy@fcbanking.com | Nov 29 2023 00:36:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15281472 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:59:18 | JP Morgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 15281473 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| 15290187 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 29 2023 00:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15281474 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15298318 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15281475 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 29 2023 00:35:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15295990 | + | Email/Text: bankruptcynotices@psecu.com | Nov 29 2023 00:38:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15281477 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:41 | Synchrony Bank, P.O. Box 965036, Orlando, FL |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15281479 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:38 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 15281872 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:58 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15299119 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15281481 | + | Email/Text: bncmail@w-legal.com | Nov 29 2023 00:36:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15295293 | | Email/Text: BNCnotices@dcmservices.com | Nov 29 2023 00:36:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15281478 | *+ | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023        Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Danielle Harton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4