**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Danielle Harton**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7850<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    20–10570–JCM

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Danielle Harton

<u>1/16/24</u>                                                                **By the court:** <u>John C Melaragno</u>
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-10570-JCM
Danielle Harton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Jan 16, 2024     Form ID: 3180W     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Harton, 1028 West 3rd Street, Oil City, PA 16301-3130 |
| 15281471 | + | First Niagara Bank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15281476 | + | PSECU, P.O. Box 1006, Harrisburg, PA 17108-1006 |
| 15281872 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 17 2024 08:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2024 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jan 17 2024 08:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15281465 | + | EDI: TSYS2 | Jan 17 2024 08:57:00 | Barclays Bank, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281466 | + | EDI: TSYS2 | Jan 17 2024 08:57:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15281467 | + | EDI: CITICORP | Jan 17 2024 08:57:00 | Citibank NA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15295021 | | EDI: CITICORP | Jan 17 2024 08:57:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15281469 | | EDI: DISCOVER | Jan 17 2024 08:57:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 15281468 | + | EDI: MAXMSAIDV | Jan 17 2024 08:57:00 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15281470 | + | Email/Text: SAABankruptcy@fcbanking.com | Jan 17 2024 04:00:00 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15281472 | | EDI: JPMORGANCHASE | Jan 17 2024 08:57:00 | JP Morgan Chase Bank Card, Po Box 15369, Wilmington, DE 19850 |
| 15281473 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 20-10570-JCM    Doc 58    Filed 01/18/24    Entered 01/19/24 00:33:01    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15290187 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:01:00 | Midland Credit Management, 320 East Big Beaver, Troy, MI 48083-1271 |
| | | | Jan 17 2024 04:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15281474 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 04:00:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230 |
| 15298318 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 04:00:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15281475 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 04:00:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 15295990 | + | Email/Text: bankruptcynotices@psecu.com | Jan 17 2024 04:01:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15281477 | + | EDI: SYNC | Jan 17 2024 08:57:00 | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15281479 | + | EDI: SYNC | Jan 17 2024 08:57:00 | Synchrony Bank, 777 Long Ridge Road, Stamford, CT 06902-1259 |
| 15281480 | + | EDI: SYNC | Jan 17 2024 08:57:00 | Synchrony Bank/Gap, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15299119 | + | Email/Text: bncmail@w-legal.com | Jan 17 2024 04:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15281481 | + | EDI: WTRRNBANK.COM | Jan 17 2024 08:57:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15295293 | | Email/Text: BNCnotices@dcmservices.com | Jan 17 2024 04:00:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15281478 | *+ | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Jan 16, 2024 | Form ID: 3180W | Total Noticed: 27

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Danielle Harton dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4